IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                                                           PLAINTIFF

v.                                    2:06CV00167JMM/HLJ

M. MOBLEY, et al.                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this   21   day of November, 2006.

_____
United States District Judge